UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
IN THE MATTER OF A NON-PARTY :
DOCUMENT SUBPOENA SERVED IN: :
: Misc. Civil Case No. _____
ED BUTOWSKY, :
:
         Plaintiff, :
  v. : **NOTICE OF MOTION**
:
DAVID FOLKENFLIK, *et al.*, :
:
         Defendants. :
:
-------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law; Declaration of Douglas H. Wigdor, with exhibits, dated September 30, 2019; and the pleadings and record to be had herein, Non-Party Wigdor LLP, by its undersigned counsel, will move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on October 24, 2019 or as soon thereafter as counsel may be heard, for the entry of an Order, pursuant to Fed. R. Civ. P. 26 and 45, quashing the non-party document subpoena served upon Wigdor LLP by counsel for Ed Butowsky in respect to an action pending before the District Court for the Eastern District of Texas or, in the alternative, for the entry of a Protective Order, and awarding such further relief as the Court deems just and proper.

Dated: New York, New York
      September 30, 2019

LOEB & LOEB LLP

By: /s/ *John A. Piskora*
    Michael P. Zweig
    mzweig@loeb.com
    John A. Piskora
    jpiskora@loeb.com

    345 Park Avenue
    New York, NY 10154
    Tel. 212.407.4000

    *Attorneys for Wigdor LLP*

TO:    Steven S. Biss, Esq.
300 West Main Street, Suite 102
Charlottesville, VA 22903
Email: stevenbiss@earthlink.net
Ph: (804) 501-8272
*Attorneys for Underlying Plaintiff, Ed Butowski*

Laura Lee Prather, Esq.
Haynes and Boone, LLP
600 Congress Avenue, Suite 1300
Austin, TX 78701
Email: laura.prather@haynesboone.com
Ph: (512) 867-8476
*Attorneys for Underlying Defendants, David Folkenflik, et al.*