# EXHIBIT 6

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Sherman)
### CIVIL DOCKET FOR CASE #: 4:19-cv-00577-ALM

Butowsky v. Wigdor et al
Assigned to: District Judge Amos L. Mazzant, III
Demand: $118,000,000,000
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 07/31/2019
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Ed Butowsky**
*in his Individual and Professional Capacities*

represented by **Ty Odell Clevenger**
Ty Odell Clevenger, Attorney At Law
P.O. Box 20753
Brooklyn, NY 11202-0753
979-985-5289
Fax: 979-530-9523
Email: tyclevenger@yahoo.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Douglas H. Wigdor**

**Defendant**

**Wigdor LLP**

**Defendant**

**Rod Wheeler**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2019 | 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0540-7373823.), filed by Ed Butowsky. (Attachments: # 1 Civil Cover Sheet)(Clevenger, Ty) (Entered: 07/31/2019) |
| 07/31/2019 | | Case ASSIGNED to District Judge Amos L. Mazzant, III. (baf, ) (Entered: 08/01/2019) |
| 07/31/2019 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (baf, ) (Entered: 08/01/2019) |

| PACER Service Center |
|---|
| Transaction Receipt |

| 08/15/2019 10:22:19 | | | |
|---|---|---|---|
| **PACER Login:** | DhWigdor1:3000423:0 | **Client Code:** | 99999 |
| **Description:** | Docket Report | **Search Criteria:** | 4:19-cv-00577-ALM |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |