# EXHIBIT 7

# Frankfurt Kurnit Klein | Selz

Ronald C. Minkoff

488 Madison Avenue, New York, New York 10022

T (212) 705 4837    F (347) 438 2112

rminkoff@fkks.com

July 29, 2019

**VIA EMAIL (stevenbiss@earthlink.net)**
Steven S. Biss, Esq.
300 West Main Street, Suite 102
Charlottesville, VA 22903

Re: Subpoena to Produce Documents, Information, or Objects in *Butowsky v. Folkenflik et al.*, 4:18 Civ. 442-ALM-CMC

Dear Mr. Biss:

My firm was just retained by Wigdor LLP in connection with the subpoena you served in the above-captioned action. We have just begun reviewing the subpoena with our client and familiarizing ourselves with the long history of this matter. We therefore request that you extend the return date from August 23, 2019 to September 30, 2019.

Assuming you agree to this extension, we will accept service of the subpoena on our client's behalf. Besides service of process, we reserve the right to pursue all other defenses, and nothing contained herein should be construed as a waiver of any of our client's, or any other party's, rights or remedies in this, or any other, matter.

Sincerely,

Ronald C. Minkoff

cc: Douglas H. Wigdor, Esq.