# EXHIBIT 8

**From:** Steven S. Biss [mailto:stevenbiss@earthlink.net]
**Sent:** Tuesday, August 06, 2019 3:57 PM
**To:** Minkoff, Ronald <rminkoff@fkks.com>
**Cc:** laura.prather@haynesboone.com; thomas.williams@haynesboone.com; Roos, Lily <LRoos@fkks.com>; tyclevenger@yahoo.com; Ed Butowsky <ebutowsky@gmail.com>; Steven Biss <stevenbiss@earthlink.net>
**Subject:** Re: Subpoena to Wigdor

Ron,

Thank you for the explanation. While it is a very long extension, and one that would neverbe granted in the Eastern District of Virginia, I accept your offer under the circumstances.

Please confirm that the documents will be available for pickup on 9/30.

In addition, please email me a few dates in October and November, so we can take Doug Wigdor's deposition.

Thank you.


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Tel.: (804) 501-8272
Fax: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

---

**From:** Minkoff, Ronald
**Sent:** Tuesday, August 6, 2019 1:43 PM
**To:** Steven S. Biss
**Cc:** laura.prather@haynesboone.com; thomas.williams@haynesboone.com; Roos, Lily; tyclevenger@yahoo.com; Ed Butowsky
**Subject:** RE: Subpoena to Wigdor

Given travel and summer vacation schedules and the fact that Mr. Wigdor was recently in a bicycle accident, we will not be able to respond until September 30. If that is unacceptable to you, please serve Wigdor LLP personally (and properly), and we'll make our request to the S.D.N.Y.

Many thanks,

Ron

1

Ronald Minkoff | Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue | New York, NY 10022
t: 212.705.4837 | f: 347.438.2112 | rminkoff@fkks.com

Co-Editor – New York Legal Ethics Reporter
For New York legal ethics updates and CLE, visit: www.newyorklegalethics.com

**From:** Steven S. Biss [mailto:stevenbiss@earthlink.net]
**Sent:** Tuesday, August 06, 2019 10:09 AM
**To:** Minkoff, Ronald <rminkoff@fkks.com>
**Cc:** laura.prather@haynesboone.com; thomas.williams@haynesboone.com; Roos, Lily <LRoos@fkks.com>; tyclevenger@yahoo.com; Ed Butowsky <ebutowsky@gmail.com>
**Subject:** Subpoena to Wigdor

Ron,

Thank you for this email. I can't agree to give Wigdor that much time. I will check with our process server and, if necessary, have Wigdor served again.

I would be willing to extend the deadline for response to August 31. Let me know if that is acceptable.


**From:** Minkoff, Ronald
**Sent:** Tuesday, August 06, 2019 9:40 AM
**To:** stevenbiss@earthlink.net
**Cc:** laura.prather@haynesboone.com ; thomas.williams@haynesboone.com ; Roos, Lily ; tyclevenger@yahoo.com
**Subject:** FW: 2019.07.29 Minkoff ltr to Biss re subpoena.PDF

Dear Mr. Biss:

We represent Wigdor LLP. We understand you attempted service on our client late last week, but the service attempted did not comply with applicable law. We remind you of the letter we sent early last week, to which you did not respond, offering to accept service on certain conditions, including that Wigdor LLP have until September 30, 2019 to respond to the subpoena. We would appreciate the courtesy of a response.

Best,

Ron Minkoff


Ronald Minkoff | Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue | New York, NY 10022
t: 212.705.4837 | f: 347.438.2112 | rminkoff@fkks.com

Co-Editor – New York Legal Ethics Reporter
For New York legal ethics updates and CLE, visit: www.newyorklegalethics.com

**From:** Minkoff, Ronald
**Sent:** Monday, July 29, 2019 11:43 AM
**To:** stevenbiss@earthlink.net
**Cc:** laura.prather@haynesboone.com; thomas.williams@haynesboone.com; Roos, Lily <LRoos@fkks.com>; tyclevenger@yahoo.com
**Subject:** FW: 2019.07.29 Minkoff ltr to Biss re subpoena.PDF

Dear Mr. Biss:

Please see the attachment. Please contact me or my colleague Lily Roos (lroos@fkks.com) if you have any questions.

Best,

Ron Minkoff


**Ronald Minkoff** | Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue | New York, NY 10022
t: 212.705.4837 | f: 347.438.2112 | rminkoff@fkks.com

Co-Editor - New York Legal Ethics Reporter
For New York legal ethics updates and CLE, visit: www.newyorklegalethics.com

*Frankfurt Kurnit Klein & Selz Disclaimer*

*This e-mail message, including any attachments hereto, is not intended or written to be used, and cannot be used, by a taxpayer to (i) avoid tax penalties, or (ii) promote, market or recommend a transaction or matter to another person. It is intended solely for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, disclosure, copying or distribution of this e-mail message or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail message in error, please notify the sender by reply e-mail or collect call to (212) 980-0120 and delete this e-mail message and attached files from your system. Thank you.*

Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.