# EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF A NON-PARTY
DOCUMENT SUBPOENA SERVED IN:

ED BUTOWSKY,

        Plaintiff,

v.

DAVID FOLKENFLIK, *et al.*,

        Defendants.

---

Misc. Civil Case No. _____

## CATEGORICAL PRIVILEGE LOG FROM NON-PARTY WIGDOR LLP
## PURSUANT TO PLAINTIFF ED BUTOWSKY'S DOCUMENT SUBPOENA

| **Category No.** | **Date Range** | **Document Type** | **Sender(s)/Recipient(s)/ Copyee(s)** | **Category Description** | **Privilege Justification** |
|---|---|---|---|---|---|
| 1 | May 1, 2017 to the present | Email (with and without attachments), PDF, hard copy documents, electronic documents | **Wigdor LLP Attorneys, Paralegals, and other personnel including, but not limited to, following attorneys:** Douglas Wigdor, Esq., Jeanne Christensen, Esq., Michael Willemin, Esq., Kenneth Walsh, Esq., Taylor Crabill, Esq., and other attorneys, paralegals and personnel.<br><br>**AND/OR** | Communications (between and among Wigdor LLP attorneys, paralegals and other personnel and clients) providing legal advice, requesting or reflecting legal | Attorney-Client Privilege and/or Attorney Work Product |

1

| Category No. | Date Range | Document Type | Sender(s)/Recipient(s)/Copyee(s) | Category Description | Privilege Justification |
|---|---|---|---|---|---|
| | | | **Clients:** Rod Wheeler, Lidija Ujkic (Curanaj), Adasa Blanco, Vidya Mann, Kathleen Lee, Naima Farrow, Scottie Nell Hughes, Jessica Golloher, Tichaona Brown, Tabrese Wright, Monica Douglas, numerous other clients or potential clients represented by and/or who have communicated with Wigdor LLP pursuant to litigations, potential litigations and/or other legal matters against Fox News and related parties, including individuals whose identities have never been publicly disclosed, and/or their representatives. | advice regarding lawsuits, potential lawsuit, and/or other legal matters with Fox News and related parties; attorney notes and/or summaries of conversations, strategies, and/or attorney mental impressions | |
| 2 | May 1, 2017 to the present | Email (with and without attachments), PDF, hard copy documents, electronic documents | **Wigdor LLP Attorneys, Paralegals, and other personnel including, but not limited to, following attorneys:** Douglas Wigdor, Esq., Jeanne Christensen, Esq., Michael Willemin, Esq., Kenneth Walsh, Esq., Taylor Crabill, Esq., and other attorneys, paralegals and personnel.<br><br>**OR**<br><br>**Clients:** : Rod Wheeler, Lidija Ujkic (Curanaj), Adasa Blanco, Vidya Mann, Kathleen Lee, Naima Farrow, Scottie Nell Hughes, Jessica Golloher, Tichaona Brown, Tabrese Wright, Monica Douglas,, numerous other | Draft memoranda of law, affidavits, declarations, correspondence, legal research, motions, responses, replies, supporting briefs, jury instructions, witness outlines, argument outlines, press releases and/or statements, etc. in connection | Attorney-Client Privilege and/or Attorney Work Product |

18214423.1
234041-10001

| Category No. | Date Range | Document Type | Sender(s)/Recipient(s)/ Copyee(s) | Category Description | Privilege Justification |
|---|---|---|---|---|---|
| | | | clients or potential clients represented by and/or who have communicated with Wigdor LLP pursuant to litigations, potential litigations and/or other legal matters against Fox News and related parties, including individuals whose identities have never been publicly disclosed, and/or their representatives. | with lawsuits, potential lawsuits and/or other legal matters with Fox News and related parties | |

3

18214423.1
234041-10001