

**MICHAEL P. ZWEIG**
Partner

345 Park Avenue
New York, NY 10154

Direct  212.407.4960
Main    212.407.4000
Fax     212.208.2582
mzweig@loeb.com

Via E-Filing

October 17, 2019

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States
    Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Butowsky v. Folkenflik*; SDNY Index No. 19-mc-446 (PKC)
        Notice of Non-Opposition to Motion to Quash Subpoena

Dear Judge Castel:

We represent non-party Wigdor LLP ("Wigdor") in the above-referenced proceeding. On September 30, 2019, Wigdor initiated this miscellaneous proceeding by motion seeking the entry of an Order quashing a non-party document subpoena issued by counsel for Ed Butowsky to Wigdor in connection with the civil action currently pending before the United States District Court for the Eastern District of Texas entitled *Butowsky v. Folkenflik* (Index No. 18 Civ. 442 (ALM)(CMC) (E.D. Tex.)). As no opposition to the motion to quash has been timely filed, Wigdor respectfully requests that the motion be granted for the reasons stated in Wigdor's moving papers, that the subpoena for documents be quashed in its entirety, and that Wigdor be awarded its reasonable costs and expenses incurred.

As set forth above, Wigdor's motion to quash was filed on September 30, 2019. On that day, we e-mailed a copy of Wigdor's moving papers to counsel for the issuing party, Steven Biss, Esq. *See* Exhibit A hereto. Receiving no acknowledgment to these e-mails, we separately served the motion to quash by overnight mail, which delivery was completed on October 3, 2019. *See* Exhibit B hereto; *see also* Local Civil Rule 5.3. No timely opposition to the motion has been filed (*see* Local Civil Rule 6.1(a)). Accordingly, Wigdor respectfully requests that the non-party subpoena issued to Wigdor (seeking, primarily, the production of privileged materials from a law firm) be quashed in its entirety, and that Wigdor be awarded its costs and expenses incurred in moving for such relief.

Respectfully submitted,

Michael P. Zweig

cc:     Steven Biss, Esq. (via e-mail w/ exhs.)

Los Angeles    New York    Chicago    Nashville    Washington, DC    Beijing    Hong Kong    www.loeb.com

A limited liability partnership including professional corporations